IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Dakota Access, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>Dave Archambault II, Jonathan Edwards, Dana Yellow Fat, Valerie Dawn Wolfnecklace, Clifton Verle Hollow, Donald Dennis Strickland, Aaron Gabriel Neyer, and John and Jane Does,<br><br>        Defendants. | Case No. _____<br><br>**MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Dakota Access, LLC ("Dakota Access"), by and through its counsel, Fredrikson & Byron, P.A., 1133 College Drive, Bismarck, North Dakota, hereby requests the Court issue a temporary restraining order granting the following relief:

1. During the pendency of this action and until its final hearing and determination, Defendants, and any person or entities acting in concert with or on behalf of Defendants, are enjoined and restrained from interfering in any way with Dakota Access's construction of the Dakota Access Pipeline.

2. Defendants shall show cause at a time and place to be set by the Court why a preliminary injunction should not be entered to prohibit them from interfering in any way with Dakota Access's construction of the Dakota Access Pipeline.

3. No bond shall be required to be posted by Plaintiff before the Temporary Restraining Order is effective.

4. Granting such other relief as the Court deems just and equitable.

The grounds for this Motion are set forth in the Brief and Declarations filed herewith.

Dated this 15th day of August, 2016.

                                    FREDRIKSON & BYRON, P.A.

                                    By  /s/ Lawrence Bender
                                        LAWRENCE BENDER, ND #03908
                                    *Attorneys for Plaintiff*
                                    *Dakota Access, LLC*
                                    1133 College Drive, Suite 1000
                                    Bismarck, North Dakota 58501
                                    Telephone:  (701) 221-8700
                                    lbender@fredlaw.com

52611779