IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| Dakota Access, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 16-cv-00296-DLH-CSM |
| | ) |
| vs. | ) |
| | ) AFFIDAVIT OF OWNERSHIP |
| Dave Archambault II, Jonathan Edwards, | ) |
| Dana Yellow Fat, Valerie Dawn | ) |
| Wolfnecklace, Clifton Verle Hollow, Donald | ) |
| Dennis Strickland, Aaron Gabriel Neyer, and | ) |
| John and Jane Does, | ) |
| | ) |
| Defendants. | ) |

I, Lawrence Bender, duly sworn under oath, hereby state as follows:

1. I am an attorney with Fredrikson & Byron, P.A., counsel for Plaintiff Dakota Access, LLC ("Dakota Access") in the above-captioned matter, and I submit this Affidavit pursuant to Local Rule 1.11(D).

2. The owner of the $10,000 bond filed today with the United States District Court for the District of North Dakota in the above-captioned case on behalf of Dakota Access and in accordance with the Court's Order (Doc. No. 7) is Fredrikson & Byron, P.A., 1133 College Drive, Suite 1000, Bismarck, North Dakota 58501

_____
Lawrence Bender

Subscribed and sworn to before me
this 16 day of August, 2016.

_____
Notary Public

[Notary Seal: LYNETTE ENTZI-ODDEN, NOTARY PUBLIC, STATE OF NORTH DAKOTA, My Commission Expires June 26, 2017]