# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Dakota Access, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dave Archambault, II, Jonathan Edwards, Dana Yellow Fat, Valerie Dawn Wolf Necklace, Clifton Verle Hollow, Donald Dennis Strickland, Aaron Gabriel Neyer, and John & Jane Does, | ) | Case No. 1:16-cv-296 |
| | ) | |
| Defendants. | ) | |

Plaintiff's claims against Defendants Archambault, Edwards, Yellow Fat, Wolf Necklace, and Hollow have been dismissed. See Doc. No. 57 (Order Granting Defendants Archambault, Edwards, Yellow Fat, Wolf Necklace, and Hollow's Motions to Dismiss). Thus, the only claims remaining are those plaintiff has asserted against Defendants Strickland, Neyer, and the two unnamed defendants. The summonses for these defendants have not been returned executed. Moreover, no one has entered appearances on behalf of these defendants.

This case has now been pending on the court's docket in excess of 17 months. Plaintiff shall submit a report by March 4, 2018, updating the court on the status of what remains of its case and otherwise advising how it wants to proceed.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court