# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### WESTERN DIVISION

| | | |
|---|---|---|
| Dakota Access, LLC, | ) | |
| | ) | |
| | ) | Case No. 16-cv-00296-DLH-CSM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Dave Archambault II, Jonathan Edwards, | ) | **PLAINTIFF DAKOTA ACCESS, LLC'S** |
| Dana Yellow Fat, Valerie Dawn | ) | **RULE 41(a)(1)(A) NOTICE OF** |
| Wolfnecklace, Clifton Verle Hollow, | ) | **DISMISSAL** |
| Donald Dennis Strickland, Aaron Gabriel | ) | |
| Neyer, and John and Jane Does, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Dakota Access, LLC's ("Dakota Access"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the claims asserted against the Defendants, Donald Dennis Strickland, Aaron Gabriel Neyer, and John and Jane Does, without prejudice, with all parties to bear their own fees and costs. Dismissal under Rule 41(a)(1)(A)(i) is appropriate because these Defendants have not served an answer or filed a motion for summary judgment in this action.

Dated this 16th day of March, 2018.

FREDRIKSON & BYRON P.A.

By: /s/ Lawrence Bender
LAWRENCE BENDER, ND Bar #03908
1133 College Drive, Suite 1000
Bismarck, ND  58501
E-mail:  lbender@fredlaw.com
Telephone:  (701) 221-8700

*Attorneys for Plaintiff Dakota Access, LLC*

63562405.1