**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Dakota Access, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald Dennis Strickland, Aaron Gabriel Neyer, and John & Jane Does, | ) | Case No. 1:16-cv-296 |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is the Plaintiff's "Rule 41(a)(1)(A) Notice of Dismissal" filed on March 16, 2018.  See Docket No. 60.  The Court **ADOPTS** the Plaintiff's notice (Docket No. 60), and **ORDERS** the action be dismissed without prejudice and without costs or disbursements to any party, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 19th day of March, 2018.

/s/  Daniel L. Hovland
Daniel L. Hovland, District Judge
United States District Court